**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

THE MACNEIL STUDIO LTD.,

      Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

      Defendants.

Case No.: 1:26-cv-02308

Judge Andrea R. Wood

Magistrate Judge Heather K. McShain

**NOTICE OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 1 | liyanuq |
| 2 | ChengJiDianZiChanPin |
| 4 | HuiChengChongShangMaoFuZhuangDian |
| 5 | deyangzhiguangshanxi |
| 7 | Arsharenkay |
| 8 | 金华市淑徽服饰有限公司 |
| 9 | Artistic Prints Haven |
| 10 | henanhuachengbiaoshiyouxian |
| 11 | Wall Vibe |
| 12 | 数字绘画DIY |
| 13 | 贫铭商贸 |
| 14 | Tie Fa Shi Ye |
| 15 | zhongshanshijilingdouxinxikeji |
| 17 | zhujishishangxueqizhenzhi |
| 18 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi |
| 19 | JYUIIKGGG |
| 20 | zhaoyy |
| 23 | dongguanshijinhonggongyipin |
| 24 | yanshanxianyanlinghongtangshipin |

| | |
|---|---|
| 25 | YaoAnXiaoCuanShangMaoYouXianGongSi |
| 26 | DƯƠNG DOMINO |
| 28 | HGGOIPKL |
| 29 | Sherenzhuangliang |
| 30 | MY QDCMY JZ |
| 31 | CHENKANGtwo |
| 32 | PulseBridge |
| 33 | JUNPYC |
| 34 | Fish farming |
| 35 | Beautiful cartoon diamond painting |
| 36 | JinXIAGuo |
| 37 | Monica Diamond Painting |

DATED:  June 2, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on June 2, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt