Exhibit 1

**003 huizefencaishangmaojingyingbu**

# Order Summary

Order placed November 24, 2025     Order # 112-2169499-0624215

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮▮▮ | Visa ending in ▮▮▮▮ | Item(s) Subtotal: | $5.99 |
| 15TH FLOOR 1111 W 35TH ST | [View related transactions] | Shipping & Handling: | $6.59 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $12.58 |
| United States | | Estimated tax to be collected: | $0.61 |
| | | **Grand Total:** | **$13.19** |

## Arriving December 8 - December 15



8x12 Inches Funny Metal Signs Decor Cycling Riding Fast Enough Sign Love Cycling Sign Cycling Lover Gift Vintage Cycling Sign Cycling Wall Decor Wall Hanging Tin Signs for Kitchen Decor Wall

Sold by: huizefencaishangmaojingyingbu

Supplied by: Other

$5.99

Back to top

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**006 FIYY**

# Order Summary

Order placed November 24, 2025      Order # 112-3036250-7684225

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ▮▮▮▮ | Visa  ending in ▮▮▮ | Item(s) Subtotal: | $7.99 |
| 15TH FLOOR 1111 W 35TH ST | (View related transactions) | Shipping & Handling: | $1.80 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $9.79 |
| United States | | Estimated tax to be collected: | $0.82 |
| | | **Grand Total:** | **$10.61** |

**Arriving December 2 - December 4**



Funny Metal Signs Decor Cycling Riding Fast Enough Sign Love Lover Gift Vintage Wall Hanging Tin for Kitchen 8"x12"

Sold by: FIYY

Supplied by: Other

$7.99

Back to top

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**016 jianghengshangmaoyouxiangongsi**

Case: 1:26-cv-02308 Document #: 30-4 Filed: 06/02/26 Page 7 of 13 PageID #:325

# Order Summary

Order placed November 24, 2025      Order # 112-9971496-2774638

| Ship to | Payment method | Order Summary | |
|---|---|---|---|
| ▇▇▇▇▇▇ | Visa ending in ▇▇▇▇ | Item(s) Subtotal: | $19.95 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $0.99 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $20.94 |
| United States | | Estimated tax to be collected: | $2.04 |
| | | **Grand Total:** | **$22.98** |

### Arriving December 10 - December 29



10PCS Compression Spring Set - 1.8mm Wire Diameter, Spring Steel, 15-50mm Length, Customizable Pressure Springs(29x25mm)

Sold by: jianghengshangmaoyouxiangongsi

Supplied by: Other

$19.95

Back to top

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**021 juxux**

Case: 1:26-cv-02308 Document #: 30-4 Filed: 06/02/26 Page 9 of 13 PageID #:327

# Order Summary

Order placed November 24, 2025        Order # 112-6312057-2362639

| **Ship to** | **Payment method** | **Order Summary** | |
| --- | --- | --- | --- |
| ▉▉▉▉▉▉ 15TH FLOOR 1111 W 35TH ST CHICAGO, IL 60609-1404 United States | Visa  ending in ▉▉▉▉ <br><br> View related transactions | Item(s) Subtotal: | $22.99 |
| | | Shipping & Handling: | $6.99 |
| | | Total before tax: | $29.98 |
| | | Estimated tax to be collected: | $2.36 |
| | | **Grand Total:** | **$32.34** |

### Arriving December 8 - December 15



Golden Retriever 1000 Piece Jigsaw Puzzles for Adults and Kids - Home is Where The Paw Print are,Christmas Tree,Red Cardinal Christian Puzzles for Family Activities Games

Sold by: juxux

Supplied by: Other

$22.99

Back to top

Conditions of Use      Privacy Notice      Consumer Health Data Privacy Disclosure      Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**022 Hongjin66**

# Order Summary

Order placed November 24, 2025    Order # 112-2229851-7807416

| **Ship to** | **Payment method** | **Order Summary** | |
| --- | --- | --- | --- |
| ███████ | Visa ending in ██████ | Item(s) Subtotal: | $19.00 |
| 15TH FLOOR 1111 W 35TH ST | View related transactions | Shipping & Handling: | $6.00 |
| CHICAGO, IL 60609-1404 | | Total before tax: | $25.00 |
| United States | | Estimated tax to be collected: | $1.95 |
| | | **Grand Total:** | **$26.95** |

### Arriving December 5



Couple Poster Under Blue Umbrella On Rainy Day Romantic Canvas Wall Art Decoration Poster Poster Decorative Painting Canvas Wall Art Living Room Posters Bedroom Painting 16x24inch(40x60cm)

Sold by: Hongjin66

Supplied by: Other

$19.00

Back to top

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

**027** 洪宇小店

# Order Summary

Order placed November 24, 2025    Order # 112-0398911-3255411

| **Ship to** | **Payment method** | **Order Summary** | |
|---|---|---|---|
| ███████<br>15TH FLOOR 1111 W 35TH ST<br>CHICAGO, IL 60609-1404<br>United States | Visa   ending in ███████<br>View related transactions | Item(s) Subtotal: | $8.89 |
| | | Shipping & Handling: | $6.88 |
| | | Total before tax: | $15.77 |
| | | Estimated tax to be collected: | $0.91 |
| | | **Grand Total:** | **$16.68** |

### Arriving December 8 - December 15



Santa Clause Christmas Sleigh Gift Christmas Home Living Retro Metal Tin Sign 8X12 Inches

Sold by: 洪宇小店
Supplied by: Other
$8.89

Back to top

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates