# EXHIBIT A

**Per-Defendant Address Investigation**
**to the Declaration of Yanling Jiang**
*All captures dated July 14, 2026.*

### No. 3 — huizefencaishangmaojingyingbu (Amazon).

Stated address: 会泽县宝云街道办事处仙龙社区金泽园9栋404, 曲靖市, 云南, 654200, CN.

Result: exact unit not located. Google Maps and Baidu resolve only to the "金泽园" residential compound and the Xianlong Community residents' committee at the subdistrict level; neither locates Building 9, Unit 404, and Baidu auto-switched the search to Qujing City generally — not a location connected to the Defendant.

Registry (Tianyancha): a registered entity — 会泽汾采商贸经营部（个人独资）(USCC 91530326MADUAMC41G; legal rep 冯延红; 存续) — is registered at the exact platform address, but the storefront "huizefencaishangmaojingyingbu" matches it only phonetically (汾 vs. 分) and nothing links the alias to it; the address is therefore not known as this Defendant's (see Ex. B, No. 3).



*Def. No. 3 — Google web search*

2



*Def. No. 3 — Google Maps*



*Def. No. 3 — Baidu Maps*



*Def. No. 3 — Amap*

**No. 6 — FIYY (Amazon).**

Stated address: 滨城区市东街道黄河十三路渤海七路兴滨小区西院芙蓉街路南西1办公室, 滨州市, 山东, 256600, CN.

Result: exact unit not located. Google Maps returns only region-level partial matches; Baidu resolves to the "兴滨小区" residential compound (Bincheng District, Binzhou) but does not locate the pleaded office "西1办公室" — a residential compound, not the Defendant's premises.

Registry (Tianyancha): no registered entity matching this Defendant was found — the name search returned only a dissolved Hong Kong company and an unrelated Beijing entity, and the address search an unrelated construction company (see Ex. B, No. 6).



*Def. No. 6 — Google web search*



*Def. No. 6 — Google Maps*

4



*Def. No. 6 — Baidu Maps*



*Def. No. 6 — Amap*

## No. 16 — jianghengshangmaoyouxiangongsi (Amazon).

Stated address: 盐湖区解放北路黄河新世纪3号楼606室, 运城市, 山西省, 044000, CN.

Result: exact unit not located. Google Maps resolves only to Yanhu District; Baidu resolves to the "黄河世纪广场 / 黄河新世纪" commercial complex and surrounding shops but does not locate Building 3, Unit 606 as a location connected to the Defendant.

Registry (Tianyancha): a registered entity – 运城市盐湖区江恒商贸有限公司 (USCC 91140802MAD9ACN96Q; legal rep 景江波) – whose core name (江恒商贸有限公司) matches the storefront is registered at the exact platform address, but its status is 注销 (cancelled, June 2026); the legal person has been extinguished and the address is not a viable service target (see Ex. B, No. 16).



*Def. No. 16 — Google web search*



*Def. No. 16 — Google Maps*



*Def. No. 16 — Baidu Maps*



*Def. No. 16 — Amap*

**No. 21 — juxux (Amazon).**

Stated address: 高逸路112-118号234567幢, 上海市, 上海, 201900, CN.

Result: resolves only to the street. Google Maps and Baidu locate 高逸路112–118号 (Gaoyi Rd, Baoshan) at street/block level, where several unrelated companies are registered; the pleaded building designation "234567幢" (a run-together of building numbers 2/3/4/5/6/7) does not correspond to any single identifiable unit or occupant.

Registry (Tianyancha): no registered entity matching this Defendant was found – the name search returned 20 unrelated pinyin companies and the address search 8 companies at/near 高逸路112-118, none named "juxux" (see Ex. B, No. 21).



*Def. No. 21 — Google web search*

7



*Def. No. 21 — Google Maps*



*Def. No. 21 — Baidu Maps*



*Def. No. 21 — Amap*

**No. 22 — Hongjin66 (Amazon).**

Stated address: 仙游县盖尾镇仙华村朱厝33-1号, 莆田市, 福建, 351200, CN.

Result: village-level address; exact location not located. Google Maps resolves only to Gaiwei Town / Xianhua Village area; Baidu resolves to 仙华村 and nearby village committees but does not locate house "朱厝33-1号."

Registry (Tianyancha): a registered entity – 仙游县鸿晋贸易有限公司 (USCC 91350322MADX0BNT4R; legal rep 肖金洪) – is registered at the exact platform address, but the storefront "Hongjin66" matches it only phonetically (Hongjin ≈ 鸿晋) and its status is 注销 (cancelled, June 2026); the address is therefore not known as this Defendant's (see Ex. B, No. 22).



*Def. No. 22 — Google web search*



*Def. No. 22 — Google Maps*



*Def. No. 22 — Baidu Maps*



*Def. No. 22 — Amap*

### No. 27 — 洪宇小店 (Amazon).

Stated address: 景泰西一巷6号107房, 广州市, 白云区, 510000, CN.

Result: exact unit not located. Google Maps returns only a partial match to 景泰西一巷6号 at lane level; Baidu resolves the 景泰西一巷 lane and numerous surrounding establishments but does not locate Room 107 as a location connected to the Defendant.

Registry (Tianyancha): a registered entity – 广州育红商贸有限公司 (USCC 91440111MADM4NBU04; legal rep 张洪宇; 存续 but tagged 经营异常) – is registered at the exact platform address, but its name does not match the storefront 洪宇小店 (the legal representative's given name 洪宇 overlaps, but a personal-name overlap does not identify the entity as this Defendant); the address is therefore not known as this Defendant's (see Ex. B, No. 27).



*Def. No. 27 — Google web search*



*Def. No. 27 — Google Maps*



*Def. No. 27 — Baidu Maps*



*Def. No. 27 — Amap*

**Summary.** For all 6 Defendants, the platform-disclosed address (where one exists) could not be verified as a known, viable service address of the specific Defendant after investigation on Google, Google Maps, Baidu Maps, Amap, and Tianyancha. The full corporate-registry findings are recorded in the companion **Exhibit B** (Tianyancha); in brief, Nos. 3, 22, and 27 each have a registered entity at the exact platform address but the platform Business Name does not match the registered entity name (Nos. 3 and 22 phonetic-only; No. 27 name-mismatch with a legal-rep given-name overlap and a 经营异常 tag). No. 16 presents a name-and-address match (platform "jianghengshangmaoyouxiangongsi" = registered 运城市盐湖区江恒商贸有限公司 at the exact address), but the entity is 注销 (cancelled/terminated) as of June 2026; because the legal person has been extinguished, the address is not a viable service target. No. 6 has no registry hit at all; No. 21 resolves only to a street block with an uninterpretable building designation and no matching entity. No Defendant verifies to a serviceable name-and-address match to a live legal person. Absent a Defendant's address known after reasonably diligent efforts to ascertain and verify it, the Hague Service Convention does not apply (art. 1) and service is proposed by email under Rule 4(f)(3) for all 6 Defendants.