# EXHIBIT B

## PRC Corporate-Registry (Tianyancha 天眼查) Search Results
### to the Declaration of Yanling Jiang

**Matter:** The MacNeil Studio, Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule A, No. 1:26-cv-02308 (N.D. Ill.)

**Judge:** Andrea R. Wood

**Date:** 2026-07-16

**Source:** Tianyancha Enterprise Database (天眼查, tianyancha.com)

**Method:** Dual search per Defendant — (1) storefront name, (2) platform Chinese address. A detail pull (工商信息-企业基本信息: registered name, USCC 统一社会信用代码, legal representative 法定代表人, registered domicile 注册地址, operating status 经营状态, registered capital) and a shared-unit search were run on each exact-address hit.

### Summary Table

| No. | Storefront Name | Platform Address (verbatim) | Name Search Result | Address Search Result | Exact Address Match | Tier | Notes |
|---|---|---|---|---|---|---|---|
| 3 | huizefencaishang maojingyingbu | 会泽县宝云街道办事处仙龙社区金泽园9栋404, 曲靖市, 云南, 654200, CN | 会泽汾采商贸经营部（个人独资）(公司名称匹配) | 会泽汾采商贸经营部（个人独资）(地址信息匹配) | **Yes** — 会泽汾采商贸经营部（个人独资） | A | Entity at exact address; **phonetic name mismatch only** (汾 vs. 分); 存续 |
| 6 | FIYY | 滨城区市东街道黄河十三路渤海七路兴滨小区西院芙蓉街路南西1办公室, 滨州市, 山东, 256600, CN | 飛逸集團有限公司 (HK, 已告解散) + unrelated 北京栖梦造物商贸中心（个体工商户） | unrelated 滨州新城建筑工程有限公司 | No | A | No matching entity |
| 16 | jianghengshangma oyouxiangongsi | 盐湖区解放北路黄河新世纪3号楼606室, 运城市, 山西省, 044000, CN | unrelated 江恒/江衡 companies; no exact match | 运城市盐湖区江恒商贸有限公司 (地址信息匹配) | **Yes** — 运城市盐湖区江恒商 | A | Entity at exact address; **core name MATCHES**, but status 注销 (cancelled, June 2026) |

| | | | | | 贸有限公<br>司 | | |
|---|---|---|---|---|---|---|---|
| 21 | juxux | 高逸路112-118号234567幢, 上海市, 上海, 201900, CN | 20 unrelated pinyin companies | 8 companies at/near 高逸路112-118号, none "juxux" | No | A | No matching entity; run-together building designation 234567幢 |
| 22 | Hongjin66 | 仙游县盖尾镇仙华村朱厝33-1号, 莆田市, 福建, 351200, CN | (empty result) | 仙游县鸿晋贸易有限公司 (地址信息匹配) | **Yes** — 仙游县鸿晋贸易有限公司 | A | Entity at exact address; **phonetic name mismatch only** (Hongjin ≈ 鸿晋); status 注销 (cancelled, June 2026) |
| 27 | 洪宇小店 | 景泰西一巷6号107房, 广州市, 白云区, 510000, CN | 20+ unrelated 洪宇 shops nationwide; none at this address | 广州育红商贸有限公司 (地址信息匹配) | **Yes** — 广州育红商贸有限公司 | A | Entity at exact address; **name mismatch**; legal rep 张**洪宇** given-name overlaps storefront; 存续 but tagged 经营异常 |

## Detailed Findings for Exact-Address-Match Defendants (Nos. 3, 16, 22, 27)

### No. 3 — huizefencaishangmaojingyingbu (Amazon)
**Registered entity at exact platform address:**

**Name:** 会泽汾采商贸经营部（个人独资）

**USCC:** 91530326MADUAMC41G

**Legal Representative:** 冯延红

**Status:** 存续 (active)

**Registered Capital:** 7万人民币

**Established:** 2024-08-13

**Organization Type:** 个人独资企业 (sole proprietorship)

**Registered Domicile:** 云南省曲靖市会泽县宝云街道办事处仙龙社区金泽园9栋404

**Shared unit:** only this entity at the exact unit (1 hit)

3

**Platform address vs. registered domicile:** EXACT MATCH.

**Name-match assessment:** The platform displays the seller name only in romanized form, "huizefencaishangmaojingyingbu." The registered entity is 会泽汾采商贸经营部, whereas the most intuitive romanization would be 会泽分采 (different character 汾 vs. 分). The pinyin is identical but the characters differ, and no platform disclosure links the storefront alias to the registered entity by name.

**Tier A.** The registered entity exists at the exact platform address, but the platform Business Name does not match the registered entity name; the phonetic similarity does not satisfy the *NBA Properties* ascertain-and-verify standard for a "known address" of this specific Defendant.

### No. 16 — jianghengshangmaoyouxiangongsi (Amazon)
**Registered entity at exact platform address:**

**Name:** 运城市盐湖区江恒商贸有限公司

**USCC:** 91140802MAD9ACN96Q

**Legal Representative:** 景江波

**Status:** 注销 **(cancelled/terminated)** — cancelDate June 2026 (Tianyancha cancelDate timestamp 1781712000000)

**Registered Capital:** 10万人民币

**Established:** 2024-01-11

**Organization Type:** 有限责任公司（自然人独资）(single-natural-person LLC)

**Registered Domicile:** 山西省运城市盐湖区解放北路黄河新世纪3号楼606室

**Shared unit:** only this entity at the exact unit (1 hit)

**Platform address vs. registered domicile:** EXACT MATCH.

**Name-match assessment:** The platform seller name "jianghengshangmaoyouxiangongsi" unambiguously romanizes to 江恒商贸有限公司, which matches the core business name of the registered entity 运城市盐湖区**江恒商贸有限公司** exactly (the district prefix 运城市盐湖区 is a geographic modifier). This is a name match.

**TENSION:** This Defendant presents the strongest facial case for Hague Central-Authority service — platform name, platform address, registered name, and registered domicile all align. However, the entity's status is 注销 (cancelled) as of June 2026. A cancelled PRC entity no longer has legal-person status; service to a cancelled company's registered address may be futile. Whether the individual legal representative (景江波) could be served at that address is a legal question beyond this factual investigation.

4

**Tier A.** The registry and maps verify the address and the core name matches, but the legal person has been extinguished, so the address is not a viable service target within the meaning of Article 1.

### No. 22 — Hongjin66 (Amazon)
**Registered entity at exact platform address:**

>**Name:** 仙游县鸿晋贸易有限公司

>**USCC:** 91350322MADX0BNT4R

>**Legal Representative:** 肖金洪

>**Status:** 注销 **(cancelled/terminated)** — cancelDate June 2026 (Tianyancha cancelDate timestamp 1781712000000)

>**Registered Capital:** 10万人民币

>**Established:** 2024-08-07

>**Organization Type:** 有限责任公司（自然人独资）(single-natural-person LLC)

>**Registered Domicile:** 福建省仙游县盖尾镇仙华村朱厝33-1号

>**Shared unit:** shared-unit search not separately captured; the address search returned only this single entity at the domicile

**Platform address vs. registered domicile:** EXACT MATCH.

**Name-match assessment:** The platform storefront name is "Hongjin66" (English). The registered entity is 仙游县**鸿晋**贸易有限公司; "Hongjin" phonetically resembles 鸿晋 (Hóngjìn), but this is an English-to-Chinese phonetic inference, not an exact name match, and no platform disclosure links the alias to the registered entity.

**Tier A.** The registered entity exists at the exact platform address, but the platform Business Name does not match the registered entity name; additionally the entity is 注销 (cancelled), further undermining its viability as a service target.

### No. 27 — 洪宇小店 (Amazon)
**Registered entity at exact platform address:**

>**Name:** 广州育红商贸有限公司

>**USCC:** 91440111MADM4NBU04

>**Legal Representative:** 张洪宇

**Status:** 存续 / 开业 (active), but tagged 经营异常 (abnormal operation)

**Registered Capital:** 10万人民币

**Established:** 2024-06-03

**Organization Type:** 有限责任公司（自然人独资）(single-natural-person LLC)

**Registered Domicile:** 广州市白云区景泰西一巷6号107房

**Shared unit:** only this entity at the exact unit

**Platform address vs. registered domicile:** EXACT MATCH.

**Name-match assessment:** The platform storefront name is 洪宇小店 (Hongyu Small Shop). The registered entity is 广州育红商贸有限公司 (Guangzhou Yuhong Trading Co., Ltd.). The business names do not match. The legal representative's name is 张**洪宇**, which contains the characters "洪宇" — a notable given-name overlap with the storefront — but a personal-name overlap does not by itself establish that the registered entity is this Defendant, and counsel has elected email service for this Defendant.

**Tier A.** The registered entity exists at the exact platform address, but the platform Business Name does not match the registered entity name (the legal-rep given-name overlap is disclosed above and flagged for counsel); the 经营异常 tag further undermines viability.

## Defendants with No Registry Hit (Nos. 6, 21)

**No. 6— FIYY.** Name search returned a dissolved Hong Kong company (飛逸集團有限公司, 已告解散, matched by English name) and an unrelated Beijing 个体工商户 (北京栖梦造物商贸中心); address search returned an unrelated construction company (滨州新城建筑工程有限公司, 通信地址匹配). No registered entity matches the storefront alias or the exact platform address.

**No. 21 — juxux.** Name search returned 20 unrelated pinyin companies; address search returned 8 companies at/near 高逸路112-118号 (a legitimate Shanghai Baoshan commercial complex), none named "juxux." The pleaded building designation "234567幢" is a run-together of building numbers 2–7 and corresponds to no single identifiable occupant.

## Classification Key

**Tier A — Email service (default).** No confirmed registered entity matching both name and address to a viable, Defendant-connected serviceable location.

**Tier B — Hague Central-Authority service.** Requires (a) exact name match, (b) exact address match, AND (c) independent map verification, to a live (not cancelled) legal person. None of the 6 Defendants qualifies — the four exact-address hits fail on name mismatch (Nos. 3, 22, 27), entity cancellation (Nos. 16, 21), or both.

**Count:** All 6 Defendants → Tier A (email / Rule 4(f)(3)).