**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

The Macneil Studio LTD.

Plaintiff,

v.

Case No.: 1:26−cv−02308
Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2026:

MINUTE entry before the Honorable Andrea R. Wood: Plaintiff's motion for entry of default and default judgment [29] is granted. Specifically, having considered Plaintiff's motion and supporting materials, the Court grants Plaintiff's request for entry of default and default judgment as to Defaulting Defendants. Based on the Court's review of the supplemental submission in support of service of process [32], the Court is satisfied that the previously authorized service by email and publication was sound as to Defaulting Defendants. None of Defaulting Defendants timely answered or otherwise appeared, and therefore entry of default pursuant to Fed. R. Civ. P. 55(a) is appropriate. "The basic effect of an entry of default... is that upon default, the well−pleaded allegations of a complaint relating to liability are taken as true." VLM Food Trading Int'l, Inc. v. Ill. Trading Co., 811 F.3d 247, 255 (7th Cir. 2016) (internal quotation marks omitted); see also Quincy Bioscience, LLC v. Ellishbooks, 957 F.3d 725, 729 (7th Cir. 2020). The Court finds that Plaintiff has satisfied the requirements for imposition of a permanent injunction and therefore grants that relief. See eBay Inc. v. MercExchange, L.L.C., 547 U.S. 388, 391 (2006) (setting forth a four−factor test for issuance of a permanent injunction). With respect to monetary relief, the Court grants the requested award of $50,000 in statutory damages for Defaulting Defendants. Enter Default Judgment Order. As all claims as to all Defendants have been resolved, this case will be closed. The telephonic status hearing set for 8/17/2026 is stricken. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.