**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE MACNEIL STUDIO LTD.,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | No. 26-cv-02308<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Heather K. McShain |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff THE MACNEIL STUDIO LTD. ("Macneil Studio" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Macneil Studio having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

Macneil Studio having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Macneil Studio has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Macneil Studio's federally registered copyrights, which are protected by United States Copyright Registration Nos. VA 2-421-742; VA 2-421-449; VA 2-421-728; VA 2-421-744; VA 2-421-709; VA 2-421-691; VA 2-421-746; VA 2-421-749; VA 2-420-573; VA 2-421-697; and VA 2-421-447 (the "Macneil Studio Works") to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Macneil Studio's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with them be permanently enjoined and restrained from:

   a. using the Macneil Studio Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Macneil Studio product or

not authorized by Macneil Studio to be sold in connection with the Macneil Studio Works;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Macneil Studio product or any other product produced by Macneil Studio, that is not Macneil Studio's or not produced under the authorization, control, or supervision of Macneil Studio and approved by Macneil Studio for sale under the Macneil Studio Works;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Macneil Studio, or are sponsored by, approved by, or otherwise connected with Macneil Studio; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Macneil Studio, nor authorized by Macneil Studio to be sold or offered for sale, and which bear any of Macneil Studio's copyrights, including the Macneil Studio Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell infringing goods using the Macneil Studio Works; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Macneil Studio Works or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Macneil Studio product or not authorized by Macneil Studio to be sold in connection with the Macneil Studio Works.

3. Upon Macneil's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Macneil Studio Works.

4. Pursuant to 17 U.S.C. § 504(c)(2), Macneil Studio is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Macneil Studio Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon are hereby released to Macneil Studio as partial payment of the above-identified damages, and Third Party Providers, including Amazon are ordered to release to Macneil Studio the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Macneil Studio has recovered full payment of monies owed to it by any Defaulting Defendant, Macneil Studio shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Macneil Studio identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Macneil Studio may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Final Judgment.

Dated: August 17, 2026

Andrea R. Wood
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | [redacted] |
| 2 | [redacted] |
| 3 | huizefencaishangmaojingyingbu |
| 4 | [redacted] |
| 5 | [redacted] |
| 6 | FIYY |
| 7 | [redacted] |
| 8 | [redacted] |
| 9 | [redacted] |
| 10 | [redacted] |
| 11 | [redacted] |
| 12 | [redacted] |
| 13 | [redacted] |
| 14 | [redacted] |
| 15 | [redacted] |
| 16 | jianghengshangmaoyouxiangongsi |
| 17 | [redacted] |
| 18 | [redacted] |
| 19 | [redacted] |
| 20 | [redacted] |
| 21 | juxux |
| 22 | Hongjin66 |
| 23 | [redacted] |
| 24 | [redacted] |
| 25 | [redacted] |
| 26 | [redacted] |
| 27 | 洪宇小店 |
| 28 | [redacted] |
| 29 | [redacted] |
| 30 | [redacted] |
| 31 | [redacted] |
| 32 | [redacted] |
| 33 | [redacted] |

| | |
|---|---|
| 34 | [redacted] |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |